are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.

### Humphrey A. TAYLOR, Plaintiff–Appellant,

v.

### UNITED STATES, Defendant–Appellee.

### No. 2008–5064.

United States Court of Appeals, Federal Circuit.

Nov. 19, 2008.

Lorenzo W. Tijerina, Principal Attorney, San Antonio, TX, for Plaintiff–Appellant.

Robert C. Bigler, Principal Attorney, Department of Justice, Washington, DC, for Defendant–Appellee.

### ORDER

Plaintiff–Appellant, Humphrey A. Taylor, moves for reconsideration of the court's November 10, 2008 order dismissing his notice of appeal for failure to file an appendix pursuant to Fed. Cir. R. 30(a).

Petitioner has now submitted an appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reinstatement is granted.

(2) The court's November 10, 2008 dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

### Dan C. BOECHLER, Petitioner,

v.

### DEPARTMENT OF the INTERIOR, Respondent.

### No. 2009–3002.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2008.

David C. Thompson, Grand Forks, ND, for Petitioner.

Scott D. Austin, Department of Justice, Washington, DC, for Respondent.

### *ORDER*

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due on or before December 23, 2008.

Alisa R. WILLIAMS, Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT, Respondent.

No. 2009–3016.

United States Court of Appeals, Federal Circuit.

Nov. 21, 2008.

Alisa R. Williams, Cincinnati, OH, pro se.

Patryk J. Drescher, Department of Justice, Washington, DC, for Respondent.

### ORDER

Petitioner having filed the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be. and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.

SEIKO EPSON CORPORATION, Plaintiff/Counterclaim Defendant–Appellee,

and

Epson Research and Development, Inc. and Epson America, Inc., Counterclaim Defendants–Appellees,

v.

OPTOMA TECHNOLOGY, INC., Defendant/Counterclaimant,

and

Coretronic Corporation, Defendant/Counterclaimant–Appellant.

No. 2008–1523.

United States Court of Appeals, Federal Circuit.

Dec. 22, 2008.

